**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RYAN SIMKO,** | ) | **CASE NO. 1:07CV2497** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **CMI TEREX CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J.**</u>:

This matter comes before the Court upon the Joint Motion to Extend All Case Management Deadlines (ECF DKT #12), filed April 10, 2008. The Motion is **GRANTED IN PART**; and no further extensions will be allowed. Moreover, in view of the complexity of the scheduling and the discovery, the captioned matter is designated for the **Complex Track**.

The Case Management Schedule is extended for sixty days as follows:

Non-expert discovery cut-off date: August 13, 2008

Plaintiff's expert report due date: June 11, 2008

Defendant's expert report due date: July 11, 2008

Expert discovery cut-off date: September 3, 2008

All dispositive motions (Daubert or otherwise) are due by: October 3, 2008

Briefs in Opposition due: November 3, 2008

Reply to Briefs in Opposition due: November 13, 2008

The Settlement Conference of June 20, 2008 at 2:00 p.m. is converted to a Status Conference. A new Settlement Conference is scheduled for August 13, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

**DATE: April 11, 2008**

    **S/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**