# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| RYAN SIMKO, | ) | CASE NO.1:07CV2497 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| CMI TEREX CORPORATION | ) | ORDER |
| | ) | |
| Defendant. | ) | |

## CHRISTOPHER A. BOYKO, J:

Pursuant to discussions held at the status conference of July 1, 2008, the Court Orders

Plaintiff to submit his initial expert report on July 10, 2008. Defendant shall submit its expert

report thirty days thereafter.  Because Plaintiff's expert has not had the opportunity to inspect the

paver, the Court will permit him to supplement his report within fourteen days after the

inspection.  The settlement conference set for August 13, 2008 at 2:00 PM will be converted to a

telephone status conference.  Parties shall be available by phone.  Plaintiff's counsel shall initiate

a conference call with opposing counsel and shall contact the Court at (216) 357-7151.

Finally, parties shall inform the Court if they encounter any problems in having their

experts inspect the paving machine at issue.

IT IS SO ORDERED.


   S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

July 1, 2008