IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN SIMKO | ) | CASE NO. 1:07 CV 2497 |
| | ) | |
| Plaintiff | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **F.R.C.P. 41 (a)(1)(ii)** |
| | ) | **Stipulation of Dismissal** |
| CMI Terex Corporation | ) | **Without Prejudice** |
| | ) | |
| Defendant | ) | |

Now comes the Plaintiff, Ryan Simko, and the Defendant, CMI Terex Corporation, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby stipulate to a voluntary dismissal without prejudice and subject to refiling of this action. Court and docket fees to be paid by Plaintiff and each party will be responsible for their own attorney fees and costs incurred to date.

```
IT IS SO ORDERED:
DATE: 8/21/08

S/CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT COURT
```

Respectively Submitted,


/s/ Richard V. Zurz, Jr.
Richard V. Zurz, Jr. (0007978)
James W. Slater (0002379)
**SLATER & ZURZ**
One Cascade Plaza
Suite 2210
Akron, Ohio 44308
(330) 762-0700 (phone)
(330) 762-3923 (facsimile)
*Attorneys for Plaintiff, Ryan Simko*



/s/ Cary E. Hiltgen
Cary E. Hiltgen (*pro hac vice*)
Lance C. Cook (*pro hac vice*)
**HILTGEN & BREWER, P.C.**
One Benham Place, Suite 800
9400 North Broadway Extension
Oklahoma City, Oklahoma 73114-7401
(405) 605-9000 (phone)
(405) 605-9010 (facsimile)
*Attorneys for Defendant, CMI Terex Corporation*